No. 92–8145.  SINGH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8146.  SIMANONOK v. SIMANONOK ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–8148.  JOHNSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8150.  GOMEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8151.  GARRETT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8152.  GRECO v. MASSACHUSETTS.  Super. Ct. Mass., Suffolk County.  Certiorari denied.

No. 92–8153.  COOK v. BORG, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–8155.  ORTEGA RODRIGUEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–8156.  PACHECO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–8158.  MILLER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8159.  MILEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–8160.  ROLLING v. NAGLE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 92–8162.  JOHNS v. DUFNER CATERING CENTER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 92–8163.  ERICKSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 92–8164.  RICHARDS ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–8165.  STEPHENS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.